

## IN THE
## TENTH COURT OF APPEALS

————————

## No. 10-09-00071-CV

## IN RE SCHEINOST

————————

## Original Proceeding

## MEMORANDUM OPINION

The petition for writ of mandamus is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Petition denied
Opinion delivered and filed June 3, 2009
[OT06]